UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs | § CRIMINAL NO. M-04-1047 |
| | § |
| JOSE MALDONADO-GARCIA | § |

## ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for April 28, 2005) is hereby reset for sentencing on June 1, 2005 at 2:00 p.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

ENTERED this 27th day of April, 2005, at McAllen, Texas.

_____
Randy Crane
United States District Judge

1 / 1